**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J    Apr. 18, 2023    TIME: 2:00pm

CR-22-493

DEFT NAME: **Goran Gogic**    #
    X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: **Sanford Talkin**
    X present    ___ not present    ___ CJA    x RET.    ___ LAS

A.U.S.A.: **Nomi Berenson**    CLERK: D. La Salle

REPORTER: Anthony Frisolone    Other: ___

INT: (LANG.-Serbian) Carmen Ess

- X CASE CALLED.    x DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- ___ STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR _____ ---
- ___ BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR _____.
- ✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  - CODE TYPE ✓    START 4/18/23    STOP 6/21/23
  - ✓ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.
- ___ STATUS CONF/HRG CONT'D TO _____.
- ✓ FURTHER STATUS CONFERENCE SET FOR 6/21/23 @ 11:00am.

DEFT ___ SWORN    ___ ARRAIGNED    ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: