

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2023

By USAfx and ECF

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
(t) (212) 482-0007

        Re:    United States v. Goran Gogic
                   Criminal Docket No. 22-493 (ARR)

Dear Counsel:

        Enclosed please find a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's production on March 23, 2023. The government also requests reciprocal discovery from the defendant.

        This production contains Sky ECC records produced by the French government, Bates-numbered GOGIC000116.

                                    Very truly yours,

                                    BREON PEACE
                                    United States Attorney

                      By:    /s/ Nomi D. Berenson
                                    Nomi D. Berenson
                                    Robert M. Pollack
                                    Assistant U.S. Attorney
                                    (718) 254-7000

Enclosures

cc:    Clerk of the Court (ARR) (by ECF) (without enclosures)