<u>CRIMINAL CAUSE FOR STATUS CONFERENCE:</u>

<u>BEFORE:</u> ROSS, U.S.D.J     JUN. 21, 2023     TIME: 11:00am

CR-22-493

<u>DEFT NAME:</u> **Goran Gogic**                           #
  ✓ present     ___ not present     ✓ cust.     ___ bail

<u>DEFENSE COUNSEL:</u> **Sanford Talkin**
  ✓ present     ___ not present     x CJA     ___ RET.     ___ LAS

<u>A.U.S.A.:</u> **Nomi Berenson**              CLERK: D. La Salle

<u>REPORTER:</u> Stacy Mace              Other: _____

<u>INT:</u> (LANG.-Serbain) Carmen Ess

X    CASE CALLED.    x    DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT  HELD.
___  JURY SELECTION SET FOR _____---
___  BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.
✓    **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
     ✓ CODE TYPE _T_  START _6/21/23_  STOP _8/10/23_
     ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED.  ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO _____.
✓    FURTHER STATUS CONFERENCE SET FOR _8/10/23 @ 11:00am_.

DEFT  ___ SWORN    ___ ARRAIGNED    ___ INFORMED OF RIGHTS
      ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
     _____ OF THE (Superseding) INDICTMENT /
     INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.
<u>OTHER:</u> _____
_____
_____
_____