

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 29, 2024

By FedEx, Email and ECF

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
(t) (212) 482-0007

Joseph Corozzo, Jr.
Rubinstein & Corazzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
(t) 212-545-8206

    Re: United States v. Goran Gogic
       Criminal Docket No. 22-493 (ARR)

Dear Counsel:

    Enclosed please find a hard drive that contains a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023 and January 19, 2024.  An additional document is produced contemporaneously via email.  This production is made pursuant to the protective order entered by the Court on September 20, 2023 (ECF Dkt. No. 28), and the stipulation and order entered by the Court on October 3, 2023 (ECF Dkt. No. 31).  The government also requests reciprocal discovery from the defendant.

    This production includes copies of the following records:

  (1) A hard drive containing the records of the devices seized from the Desireee, Anvi, and MSC Gayane, Bates-numbered SENSITIVE_GOGIC003072; and

  (2) Screenshots of Sky Chat conversations, Bates-numbered SENSITIVE_GOGIC003073-SENSITIVE_GOGIC3078.

           Very truly yours,

           BREON PEACE
           United States Attorney

      By: /s/ Nomi D. Berenson
           Nomi D. Berenson
           Robert M. Pollack
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of the Court (ARR) (by ECF) (without enclosure)