**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J       FEB. 21, 2024       TIME: 11:00am

CR-22-493

DEFT NAME: **Goran Gogic**                                    #
___ present   ✓ not present        ✓ cust.        ___ bail

DEFENSE COUNSEL: **Sanford Talkin & Jospeh Corozzo, Jr.**
✓ present      ___ not present      ___ CJA     x RET.      ___ LAS

A.U.S.A.: **Nomi Berenson & Robert Pollack**      CLERK: D. La Salle

REPORTER: Sophie Nolan                              Other: _____

INT: ___ (LANG.- _____ ) _____

X   CASE CALLED.    x   DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.
___ STATUS CONF/HRG FOR DEFT   ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT HELD.
___ JURY SELECTION SET FOR _____ ---
___ BEFORE J. ROSS      ___ PARTIES CONSENT TO MAGISTRATE.
___ TRIAL SCHEDULED FOR _____.

✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    ✓ CODE TYPE _T_ START _2/21/24_        STOP _4/2/24_
    ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED.  ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____.
✓ FURTHER STATUS CONFERENCE SET FOR _4/2/24 @ 11:00am_.

DEFT ___ SWORN   ___ ARRAIGNED ___ INFORMED OF RIGHTS
       ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
    _____ OF THE (Superseding) INDICTMENT /
    INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____

✓ Defendants' appearance is waived.