| | |
|---|---|
| *Liberty – Equality – Fraternity*<br>**FRENCH REPUBLIC**<br><br>MINISTRY OF THE INTERIOR<br><br>GENERAL DIRECTORATE OF THE NATIONAL POLICE<br><br>**NATIONAL JUDICIAL POLICE DIRECTORATE**<br><br>**ANTI NARCOTICS OFFICE,<br>RUE DES TROIS FONTANOT<br>92000 NANTERRE**<br>Tel: 01 47 44 98 44<br>Fax: 01 40 97 87 58<br>French National Institute of Statistics (INSEE) code: 078008122<br><br>Report : No. 2023/000443<br><br>**CASE:**<br>C/X<br>Execution of Request for Mutual Legal Assistance in Criminal Matters (DEPI)<br><br>**PURPOSE**:<br><br>*SkyECC data extraction* | **REPORT**<br><br>Year two thousand twenty-four,<br>July twelve at ten thirty a.m.<br><br>**We, OLIVIER MERLE<br>POLICE CHIEF BRIGADIER<br>Based at the Central Directorate of the Judicial Police (DCPJ),<br>Sub-directorate of Financial Crime (SDLCF)**<br><br>JUDICIAL POLICE OFFICER presently residing at NANTERRE (Hauts-de-Seine)<br><br>---From DCPJ duty office at TF92, ---<br>---Proceeding with the enforcement of the letters rogatory (Docket No. 20342000697; Office No. JI 507-1/22/2012), issued on 04/18/2023 by Mr. **Brice HANSEMANN,** Deputy Chairman in charge of the Investigation in Paris, referred to in the first referral report, ---<br><br>--In view of the urgency of the matter and the e-mail authorization from the instructing magistrate for the data to be transmitted directly to the requesting authority, the data is to be sent to the requesting authority, ---<br>--Having regard to articles 18, 81, 151 et seq. of the French Code of Criminal Procedure,<br><br>---We will proceed with the compilation of the requested information contained in the database from judicial information number JI 825 20000010 (Docket No. 20342000687) concerning SkyECC, using the interface of the Dutch collaborators of the joint investigation team: ---<br><br>**SkyECC ID: 28A508<br>SkyECC ID: 5UIP0T**<br><br>---The files obtained are the following:<br>5UIP0T.zip<br>28A508.zip<br>5UIP0T.xlsx<br>28A508.xlsx<br>--They will be sent directly via the FRANCE TRANSFERT application to:<br><br>**julissa.m.ramlrez@ice.dhs.gov<br>Puneet.Kakkar2@usdoj.gov**<br><br>--- In witness thereof.<br><br>**The Judicial Police Officer**<br>[signature]<br>[stamp : NATIONAL POLICE ; National Judicial Police Directorate No. [illegible]]<br>THE JUDICIAL POLICE] |

GOGIC003812



**MINISTERE DE L'INTERIEUR**

**DIRECTION GENERALE DE LA POLICE NATIONALE**

**DIRECTION NATIONALE DE LA POLICE JUDICIAIRE**

**OFFICE ANTI STUPEFIANTS, RUE DES TROIS FONTANOT 92000 NANTERRE**
Tel : 01 47 44 98 44
Fax : 01 40 97 87 58
Code INSEE : 078008122

P.V. N° 2023/443

Affaire :

C/X

Exécution DEPI

Objet :

Extractions des données SkyECC

**PROCÈS - VERBAL**

L'an deux mille vingt quatre,
Le douze juillet à dix heures trente

Nous, **OLIVIER MERLE**
**BRIGADIER CHEF DE POLICE**
En fonction à la DCPJ/SDLCF

Officier de police judiciaire en résidence
à NANTERRE (Hauts-de-Seine)

---De permanence DNPJ à la TF92, ---
---Poursuivant l'exécution de la commission rogatoire (N° parquet 20342000697; N° de cabinet JI 507-1/22/2012), délivrée le 18/04/203 par monsieur **Brice HANSEMANN**, vice-président chargé de l'instruction à Paris citée au premier procès-verbal de saisine, ---
---Vu l'urgence et l'autorisation accordée par e-mail du magistrat mandant à ce que les données soient transmises directement à l'autorité demandeuse, ---
---Vu les articles 18, 81, 151 et suivants du code de procédure pénale, ---

---Procédons à une nouvelle extraction des informations demandées et contenues dans le lac de données issue de l'information judiciaire numéro JI 825 20000010 (n° Parquet 20342000687) concernant SkyECC, et ce, au moyen de l'interface des partenaires néerlandais de l'équipe commune d'enquête : ---

SkyECC ID: 28A508
SkyECC ID: 5UIP0T

---Disons que les fichiers ainsi obtenus:
5UIP0T.zip
28A508.zip
5UIP0T.xlsx
28A508.xlsx
---seront directement transmis via l'application FRANCE TRANSFERT à :---
**julissa.m.ramirez@ice.dhs.gov**
**Puneet.Kakkar2@usdoj.gov**

---Dont procès-verbal.---

L'officier de police judiciaire