

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 23, 2024

By USAfx and ECF

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
(t) (212) 482-0007

Joseph Corozzo, Jr.
Rubinstein & Corozzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
(t) 212-545-8206

Re:   United States v. Goran Gogic
      Criminal Docket No. 22-493 (ARR)

Dear Counsel:

Enclosed please find a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023, January 19, 2024, January 26, 2024, March 18, 2024, April 3, 2024, May 29, 2024, July 19, 2024, and September 18, 2024. The government also requests reciprocal discovery from the defendant.

Enclosed is a video compilation containing recordings of certain communications by and/or with the defendant while he was using Sky ECC under the alias "SERXIO RAMOS NEW" and ECC ID 5UIP0T, dated November 12, 2020 through December 7, 2020, Bates-numbered SENSITIVE GOGIC003824. This production also includes two agent reports that were previously produced in part as GOGIC003684-GOGIC003806 and which are produced in full here, Bates-numbered GOGIC003813-GOGIC003823.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Nomi D. Berenson
      Nomi D. Berenson
      Robert M. Pollack
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Clerk of the Court (ARR) (by ECF) (without enclosure)