UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA                    :        AFFIRMATION
                                                     OF ENGAGEMENT
            -against-                       :

GORAN GOGIC                                 :
                                                     22 CR 493 (ARR)
                                            :
-------------------------------------------------------------X

      JOSEPH R. COROZZO and ANGELA D. LIPSMAN affirm and declare under penalty of perjury the following:

1. We represent Defendant GORAN GOGIC (hereafter "GOGIC") in the above-captioned matter.

2. We are engaged to appear for a sentencing hearing in United States v. Cheema, 22 CR 615 (LGS) (S.D.N.Y.) at 11:00 a.m. on February 10, 2025. (Said sentencing hearing was originally scheduled for July 8, 2024, but was adjourned three times.)

3. At the telephone status conference in the case at bar held on January 10, 2025, we explained to the Court that, as a result of the sentencing in the S.D.N.Y., we will be unavailable for a hearing in this matter on February 10, 2025 irrespective of whether defense counsel's and the Government's February trials proceed as scheduled.[1]

---

[1] We are currently scheduled to appear for trial beginning on February 3, 2025 in the matter of United States v. Franzone, 21 CR 446 (S.D.N.Y.). However, the pretrial submissions that were due on January 22, 2025 in Franzone have now been adjourned *sine die*, as the parties jointly requested an adjournment of the trial (which, at this time, has not been granted). Therefore, defense counsel currently expects to be available on February 3, 2025, though it is our understanding that Assistant United States Attorney Nomi Berenson is scheduled to begin a trial on the week of February 3, 2025.

1

4. We specifically explained to the Court during the January 10, 2025 status conference that we do not intend to request an (additional) adjournment of the sentencing hearing unless (a) we receive confirmation that our trial scheduled to begin on February 3, 2025 will proceed as scheduled or (b) this Court directs us to request an adjournment of the sentencing.

5. As a result, the Court advised on the record during the January 10, 2025 status conference, that while the next status conference in the case at bar will be January 24, 2025 at 3:00 p.m., it is anticipated that the hearing in the case at bar will be held on February 3, February 4, or February 13, 2025, depending on whether or not the defense counsel's and Government's trials currently scheduled for the week of February 3, 2025 are going forward as scheduled.

6. Wherefore, we respectfully request that the hearing in this matter not be scheduled (tentatively or otherwise) for February 10, 2025.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 15, 2025

*/s/ Joseph R. Corozzo*
Joseph R. Corozzo

*/s/ Angela D. Lipsman*
Angela D. Lipsman

cc:   A.U.S.A.s Nomi Berenson and Robert Pollack (via ECF)