## CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE: ROSS, U.S.D.J     JAN. 24, 2025     TIME: 3:00pm

CR-22-493

DEFT NAME: **Goran Gogic**     #
  ✓ present     x  not present     x  cust.     ___ bail

DEFENSE COUNSEL: **Sanford Talkin, Joseph Corrozo, Jr.**
  ✓ present     ___ not present     ___ CJA     x RET.     ___ LAS

A.U.S.A.: **Nomi Berenson & Robert Pollack**     CLERK: D. La Salle

REPORTER: Stacy Mace     Other: ___

INT:   (LANG.- ___ )

 X   CASE CALLED.    x   DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO ___.
___  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR ___  ---
___  BEFORE J. ROSS     ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR ___.

___  **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
       CODE TYPE___ START___     STOP___
  ___  ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO ___.
___  FURTHER STATUS CONFERENCE SET FOR ___.

DEFT ___ SWORN   ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
     ___ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.

OTHER:
x Hearing set for 2/14/2025 @ 10:30 am
Jury selection and trial set for 6/30/2025 @ 9:30 am