

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN:NBD/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2025

By ECF and E-mail
Joseph Corozzo, Jr., Esq.                    Sanford Talkin, Esq.
Angela D. Lipsman, Esq.                      Talkin, Muccigrosso & Roberts, LLP
Rubinstein & Corozzo LLP                     40 Exchange Place, 18th Floor
260 Madison Ave, 22nd Floor                  New York, New York 10005
New York, New York 10016                     samt@talkinlaw.com
jcorozzo@rubcorlaw.com
alipsman@rubcorlaw.com

George J. Vila, Esq.
George J. Vila, P.A.
201 Alhambra Circle, Suite 702
Coral Gables, Florida 33134
gvila@gjvpa.com

Re:  United States v. Goran Gogic
     <u>Criminal Docket No. 22-493 (JMA)</u>

Dear Counsel:

In accordance with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and their progeny, and in an abundance of caution, the government discloses the following information.

On February 28, 2019, then-Supervisory Special Agent Jason Venticinque of the Department of Homeland Security, Homeland Security Investigations emailed other law enforcement officers regarding containers on the MSC Carlotta. Mr. Venticinque's email is reproduced in its entirety below:

> Hello [Redacted]. To answer your question, it is possible that the void and additional vacant space in TTNU8457579 could have held the load from DFSU246959. However, we feel this scenario is highly unlikely to have unfolded on the vessel based on the size of the packages and due to the incredible effort it would have involved to move the contents from one container to the other. The location of TTNU8457579 was three levels above deck and DFSU246959 was three levels below deck at the opposite end of the ship. In our opinion it appears the narcotics in DFSU246959 were loaded prior to the container being placed on

the ship.  There appeared to be a legitimate seal on the exterior of DFSU246959 (in addition to a cable seal). The other red seal was located inside which matched the seal on the exterior of TTNU8457579.

In total there were 60 bundles in DFSU246959, packed in sacks. I attached several pictures detailing the load and seals. If there is anything else we can help with please let us know.

The government does not concede the relevancy, materiality or admissibility of this information.  If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   \_\_\_\_/s/_____
Francisco J. Navarro
Nomi D. Berenson
Katherine P. Onyshko
Assistant United States Attorneys
(718) 254-7000

cc:    Clerk of the Court (JMA) (by ECF)

2