BEFORE: JOAN M. AZRACK                    DATE: 11/6/2025 **(CI)**
UNITED STATES DISTRICT JUDGE              TIME: 2:30 PM (25 Mins.)

### CRIMINAL CAUSE FOR PRETRIAL CONFERENCE

**FILED**
**CLERK**

**DOCKET NO. 22-cr-00493 (JMA)**

11/6/2025 4:07 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Goran Gogic     DEF. #: 1**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Joseph Corozzo, Angela Lipsman**
☐ Federal Defender       ☐ CJA       ☒ Retained

**AUSA: Kathryn Onyshko, Nomi Berenson, Francisco Navarro, w/Para Wesley Roberts**

INTERPRETER: <u>Danijela Milovanovic (Serbo-Croation-sworn)</u>

PRETRIAL:

COURT REPORTER: <u>Paul Lombardi</u>          COURTROOM DEPUTY: <u>LMP</u>

☒   Case Called.          ☒   Counsel present for all sides.
☐   All parties consent to today's conference proceeding by telephone.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐   Waiver of speedy trial time entered; from__through__.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
      ☐ Detention hearing scheduled for__.
☐   Hearing held on . Disposition:
☒   Trial to commence on <u>11/13/2025 at 9:30 AM, at the earliest. Counsel to remain on</u>
<u>standby for start date.</u>

Defendant   ☐   Remains on Bond   ☒   Remains in Custody.

OTHER: <u>Motions [94] [95] [96] [147] granted in part and denied in part; [129] denied; [153]</u>
<u>granted; [163] granted; [164] granted; [165] denied; [166] granted; [168] granted in part and</u>
<u>denied in part; reasons set forth on the record.</u>