

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2025

By ECF

Joseph Corozzo, Jr., Esq.
Angela D. Lipsman, Esq.
Rubinstein & Corozzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
jcorozzo@rubcorlaw.com
alipsman@rubcorlaw.com

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
samt@talkinlaw.com

    Re: United States v. Goran Gogic
      Criminal Docket No. 22-493 (JMA)

Dear Counsel:

    The government is providing the following documents:

- The government's current trial exhibit list;
- The government's current trial exhibit list with yellow highlighting to indicate exhibits added or replaced since the government's exhibit list dated October 14, 2025;
- The government's current list of material provided pursuant to 18 U.S.C. § 3500 ("3500 Material"); and
- The government's current list of 3500 Material with yellow highlighting to indicate 3500 Material added or replaced since the government's exhibit list dated October 14, 2025 and green highlighting to indicate materials replaced by the government on October 31, 2025.

The government does not concede the relevance, materiality or admissibility of these disclosures.  Feel free to contact us if there is anything you would like to discuss.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Nomi D. Berenson
Nomi D. Berenson
Francisco J. Navarro
Katherine P. Onyshko
Assistant U.S. Attorneys
(718) 254-6308

cc:    Clerk of the Court (JMA) (by ECF)

2