BEFORE: JOAN M. AZRACK           **(BROOKLYN)**DATE: 11/17/2025
UNITED STATES DISTRICT JUDGE           TIME: 9:30 AM (.5 hrs)

**FILED**
**CLERK**

11/17/2025 2:30 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

<u>CRIMINAL CAUSE FOR JURY TRIAL</u>

**DOCKET NO. 22-cr-00493 (JMA)**
**DEFENDANT: Goran Gogic**      **DEF. #: 1**
☒ Present     ☐ Not present ☒ Custody     ☐Bail
**DEFENSE COUNSEL: Joseph Corozzo, Angela Lipsman, George Vila, w/Para Ian Healy**
☐ Federal Defender      ☐ CJA      ☒ Retained
**AUSA: Francisco Navarro, Nomi Berenson, Kathryn Onyshko, Emily Dean, SA Dennis Kennedy, w/Para Wesley Roberts**

COURT REPORTER: <u>Charleane Heading</u>

INTERPRETER: <u>Sead Hadziabdic, Almira Rzehak (Serbo-Croation, sworn)</u>

COURTROOM DEPUTY: <u>LMP</u>

☒      Case called          ☒     Counsel for all sides present

☐      Jury selection continues.

☐      Voir dire held.

☐      Jury selected and is satisfactory to all sides.

☐      Jurors sworn and trial begins. Preliminary instructions given.

☐      Government opens.    ☐ Defense opens.

☐      Jury trial held. ☐ Jury trial resumes.

☐      Witnesses sworn.        ☐ Exhibits entered into evidence.

☐      Jury trial continued to <u>.</u>

☐      Government rests.        ☐ Defense rests.

☐      Summations given.

☐      Charge conference held

☐      Jury charged, alternates excused and deliberations begin.

☐      **Guilty verdict** on count(s) <u>   </u>.

☐      **Not Guilty verdict** on count(s) <u>    </u>.

☐      Jurors polled and excused with the thanks of the Court.

Defendant ☐ Remains in Custody      ☐ Continued on Bond.

<u>OTHER: Government moves to dismiss venire and adjourn trial for the reasons set forth on the record. Application granted. A further status conference is scheduled before Judge Azrack on 12/17/2025 at 12:30 PM. Speedy trial time is waived through 12/17/2025.</u>