BEFORE: JOAN M. AZRACK  (**BROOKLYN**) DATE: 12/17/2025
UNITED STATES DISTRICT JUDGE  TIME: 12:30 PM (20 min.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED CLERK**

**DOCKET NO. 22-cr-00493 (JMA)**  12/17/2025 1:49 pm

**DEFENDANT: Goran Gogic**   **DEF. #: 1**
☒ Present   ☐ Not present  ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Joseph Corozzo, Angela Lipsman w/Para Ian Healy**
☐ Federal Defender   ☐ CJA   ☒ Retained

**U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK LONG ISLAND OFFICE**

**AUSA: Francisco Navarro, Nomi Berenson, Kathryn Onyshko, w/Para Wesley Roberts**

COURT REPORTER: Sophie Nolan

INTERPRETER: Almira Rzehak (Serbo-Croation, sworn)

COURTROOM DEPUTY: LMP

☒   Case Called.   ☒   Counsel present for all sides.
☐   All parties consent to today's conference proceeding by telephone.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial time entered; from 12/17/2025 through decision on motion.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
      ☐   Detention hearing scheduled for  .
☐   Hearing held on . Disposition:
☒   A further status conference will be scheduled once the motion is fully briefed.

Defendant   ☐   Remains on Bond   ☒   Remains in Custody.

OTHER: Government to file their motion by January 9, 2026; defense opposition due 1/16/2026, reply due 1/20/2026. Speedy trial time is excluded until the motion is resolved.