

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2026

By ECF and E-Mail

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Goran Gogic
                Criminal Docket No. 22-493 (JMA)

Dear Judge Azrack:

       The government writes to respectfully request that the Court exclude time under the Speedy Trial Act to March 29, 2026, or until the Court decides the government's pending motion to disqualify defense counsel, which is fully briefed (*see* ECF Nos. 191, 195-197), whichever is sooner. Time on the pending motion is excluded under the Act through February 27, 2026. *See* 18 U.S.C. §§ 3161(h)(1)(D) and (H).

       The government makes this request over defense counsel's objection.

       The government submits that, while the Court continues to consider the government's pending motion, a 30-day (or shorter) exclusion of time is necessary as the parties cannot meaningfully continue to prepare for trial (and the Court cannot yet schedule trial) until the pending issues are resolved, and that such an exclusion is in the interests of justice and outweighs the public and defendant's interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The government thanks the Court for its consideration of this letter.

                          Respectfully submitted,
                          JOSEPH NOCELLA, JR.
                          United States Attorney

       By:    *Nomi Berenson*
                          Nomi D. Berenson
                          Katherine P. Onyshko
                          Francisco J. Navarro
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc:    Clerk of Court (JMA) (via ECF)
       Counsel of record (via ECF)