UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA        :

                                              22 CR 493 (JMA)

       -against-        :

GORAN GOGIC        :

-----------------------------------------------------------------

## DECLARATION

JOSEPH R. COROZZO declares under penalty of perjury the following:

1.  Pursuant to the Court's Order of April 24, 2026, my law office has, to the best of my knowledge, transferred materials produced by the Government to non-disqualified defense counsel and destroyed any other copies that were in my law firm's possession. We have shipped 15 boxes and one FedEx package of materials to remaining counsel of record. Through third party vendors, we have destroyed all remaining materials that were received from the Government. Further, we searched our computers to ensure that there was no remaining materials that were not erased on our computers.

2.  Additionally, pursuant to the Court's Order of April 24, 2026, my law office has reached out to all interpreters, defense expert witnesses, and paralegals that my firm shared produced materials with, electronically served them with copies of the Court's Order of April 24, 2026, and directed them to return, erase or destroy any produced materials in their possession. On information and belief, everyone that my firm shared produced materials with either did not still have produced materials in their possession, or else is complying with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2026

Joseph R. Corozzo, Esq.
RUBINSTEIN & COROZZO LLP